## DECISION

No. DC-86-042b

The application of the above-named defendant for a review of the sentence of 10 years for Obstructing Justice imposed on October 1, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Terry Mailloux of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. BEA LEONE LARSON, Defendant.

## DECISION

No. 7268

The application of the above-named defendant for a review of the sentence of 10 years for Issuing a Bad Check, to run concurrently with Cause No. DC-85-24, out of Lincoln County and that she pay a $20.00 fee to go to the Surcharge Fund imposed on May 2, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Scott Gratton of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Nineteenth Judicial District, County of Lincoln, STATE OF MONTANA, Plaintiff vs. BEA LEONE LARSON, Defendant.

## DECISION

No. DC-85-24

The application of the above-named defendant for a review of the sentence of 10 years for Issuing a Bad Check; credit for 129 days served; plus the Defendant must